**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No: 3:24-cr-492-ECM-CWB-1** |
| | ) | |
| **TEKIA SADE PEAY** | ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The defendant, Tekia Sade Peay, has by consent appeared before me pursuant to Rule 11

of the Federal Rules of Criminal Procedure and has entered a plea of guilty to Counts 1, 2, 3, 4,

5 and 6 of the Indictment (Doc. 1). After cautioning and examining the defendant under oath

concerning each of the subjects enumerated in Rule 11(b), I have determined that the defendant

entered the plea of guilty knowingly and voluntarily and that there is a factual basis to support

the plea. I therefore recommend that the plea of guilty be accepted.

**DONE** this the 7th day of October 2025.

_____
**CHAD W. BRYAN**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE

A party waives the right to challenge on appeal a finding of fact or conclusion of law

adopted by the district judge if the party fails to object to that finding or conclusion within

fourteen days following issuance of a report and recommendation containing the finding or

conclusion.